UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-CR-0085-ECR (RAM) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 25, 2006 |
| JAMES WILLIAM LONDO, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Counsel for Defendant has made an Ex Parte Motion to Withdraw as Counsel (Doc. #76). Apparently, the Defendant has expressed displeasure with Mr. Molezzo as his attorney.

This is the second time the Defendant has used this maneuver just prior to sentencing. In February of this year the Defendant claimed his then attorney, Dennis Cameron, Esq., was ineffective prompting Mr. Cameron to move to withdraw as counsel (Doc. #49). On February 10, 2006, that motion was granted and Mr. Molezzo was appointed as counsel for Defendant (Doc. #53). At that hearing, Defendant was admonished that he should get along with this attorney and that this was the last time that there would be a change of attorneys in this case.

It is the court's opinion that Defendant is attempting to manipulate the court and the judicial process by creating circumstances whereby his attorney feels compelled to withdraw as counsel just prior to sentencing, thereby postponing the inevitable. This conduct by the Defendant will not be sanctioned.

The Ex Parte Motion to Withdraw as Counsel (Doc. #76) is **DENIED**. Mr. Molezzo will represent the Defendant at sentencing.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:         /s/
Deputy Clerk