# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-CR-0085-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 25, 2006 |
| | ) | |
| JAMES WILLIAM LONDO, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:    THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant's Petition to Proceed Pro Hac Vice (Doc. #80) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk