# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-CR-0085-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 25, 2006 |
| | ) | |
| JAMES WILLIAM LONDO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendant's Motion to Vacate Appointment of Attorney and to Appoint New Attorney (Doc. #78) is **DENIED** for the reasons set forth in the court's prior order (Doc. #77).

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                        By:        /s/
                                              Deputy Clerk